UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　　　Interpleader Plaintiff,<br><br>　　　v.<br><br>NORMAN CLANCY, ELLEN CLANCY, NATIONSTAR MORTGAGE, LLC, HSBC Bank USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-AF1, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, THE UNITED STATES OF AMERICA, and HEATHER D. LEE, ESQ.,<br><br>　　　　　　　　Interpleader Defendants. | ORDER AUTHORIZING<br>INTERPLEADER DEPOSIT<br>(28 USC §1335)<br><br>Case No.: 7:20-cv-00855 |

Allstate Insurance Company ("Allstate"), having made a motion pursuant to 28 United States Code § 1335, requesting that the Court issue an Order directing the Clerk of Court to accept the interpleader funds in the amount of $265,125.54.

IT IS HEREBY ORDERED, the Clerk of Court accept and deposit the interpleader funds into the Disputed Ownership Fund (DOF) in the Court Registry Investment System (CRIS) pending further Order of the Court.

IT IS FURTHER ORDERED, that the Clerk of Court deduct from the income on the investment a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

IT IS FURTHER ORDERED, that upon depositing the funds, Allstate is discharged from this case and released from liability.

Dated: <u>     May 15     </u>, 2020
       New York, New York

SO ORDERED:

_____
United States District Judge

4812-3895-3908, v. 1