UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALLSTATE INSURANCE COMPANY,  :
          Interpleader Plaintiff,  :
v.  :
  :
NORMAN CLANCY, ELLEN CLANCY,  :
NATIONSTAR MORTGAGE, LLC, HSBC  :
BANK USA, NATIONAL ASSOCIATION as  :   **ORDER**
Trustee for Merrill Lynch Mortgage Investors,  :
Inc., Mortgage Pass-Through Certificates,  :   20 CV 855 (VB)
MANA Series 2007-AF1, NEW YORK STATE  :
DEPARTMENT OF TAXATION AND  :
FINANCE, THE UNITED STATES OF  :
AMERICA, and HEATHER D. LEE, ESQ.,  :
          Interpleader Defendants.  :
--------------------------------------------------------------x

     As discussed at an on-the-record telephone conference today, attended by counsel for interpleader plaintiff Allstate; counsel for interpleader defendants Nationstar Mortgage and HSBC Bank; and interpleader defendants Heather D. Lee, Esq., and Norman Clancy (interpleaded defendant Ellen Clancy did not attend), it is HEREBY ORDERED:

     By October 5, 2020, counsel for plaintiff shall submit a status report on behalf of all parties participating in this lawsuit. In that report, plaintiff's counsel shall provide an update to the Court on counsel's efforts to confirm service on interpleader defendant New York State Department of Taxation and Finance and indicate whether New York State Department of Taxation and Finance will be participating in this lawsuit. Plaintiff's counsel shall also provide an update on efforts by the parties to settle this case or any other information counsel deems pertinent. After receiving that status report, the Court will decide whether to schedule another conference or refer the case to the magistrate judge or a mediator for a settlement conference.

     Counsel for plaintiff is directed to mail a copy of this Order to Norman and Ellen Clancy and file proof of service on the docket by August 7, 2020.

Dated: August 5, 2020
       White Plains, NY

                                                     SO ORDERED:

                                                     _____
                                                     Vincent L. Briccetti
                                                     United States District Judge